No. 302, Misc.  Fox *v.* HIGGINS ET AL.  Sup. Ct. N. D. Certiorari denied.  *Robert Vogel* for respondents.

No. 311, Misc.  McCOY *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 312, Misc.  TINSLEY *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 313, Misc.  SMITH *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.  *Edwin W. Paul* for petitioner.  *Robert Matthews,* Attorney General of Kentucky, and *David Murrell* and *Holland N. McTyeire,* Assistant Attorneys General, for respondent.

No. 317, Misc.  HUDGENS *v.* ARIZONA.  Sup. Ct. Ariz. Certiorari denied.  *W. Edward Morgan* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 320, Misc.  HARGROVE *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 323, Misc.  FAIR *v.* DE LA PARTE, STATE SENATOR, ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 324, Misc.  DANIELSEN *v.* MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 326, Misc.  ANGLIN *v.* MARYLAND.  Ct. App. Md. Certiorari denied.